Arthur R. Collins, Esq.
Arthur R. Collins, Attorney at Law
14577 N. State Hwy. 59
Merced, CA  95340
Telephone 209-777-2827l
lexarco2@aol.com
State Bar No.  70467
Attorney for:
Emmanuel Castrejon Cardenas,
Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(THE HONORABLE LAWRENCE J. O'NEILL)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EMMANUEL CASTREJON CARDENAS,<br><br>　　　　　　Defendant | Case No.: 0972<br><br>1:15-CR00251-001 LJO SKO<br><br>DEFENDANT'S STIPULATION FOR CONTINUANCE TO FILE SENTENCING MEMORANDUM AND ORDER<br>(Sentencing hearing August 22, 2016) |

**Defendant's Counsel, Arthur R. Collins hereby offers the stipulation and request that the proceeding on Sentencing now pending hearing August 22, 2016 before the Honorable Lawrence J. O'Neill, Chief United States District Court Judge be continued to October 17, 2016 for the reasons set forth herein-below.**

**Defendant's Counsel has been confined to a wheelchair for the past none months for treatment and surgery to reduce and alleviate symptoms related to Charcot Foot, bi-lateral. During the past six weeks and with increasing intensity Counsel has experienced pain related to**

pg. 1

end stage arthritis characterized by bone to bone contact in the feet. The result to my practice was that I became more focused on my treatment and overlooked the due dates for Mr. Cardenas briefing for sentencing.

At present, I have now reached a level of therapeutic treatment which will allow me to fulfill my Attorney client obligations but find I cannot do so in the time remaining prior to the Hearing of August 22, 2016. It is my request that the Court grant me three weeks of additional time, a week to complete and file the Draft Sentencing Memorandum, a week for comments and response and a week to submit the final draft.

Based on the foregoing it is Counsel's request that the proceeding on sentencing be continued to September 5, 2016.

Dated:  August 17, 2016               /s/ Arthur R. Collins
                                      Arthur R. Collins, For the Defendant

On behalf of the People I agree to and stipulate that the matter may be continued to October 17, 2016 for proceedings on sentencing. No further continuances will be granted.

Dated:  August 17, 2016               /s/ Vincenza Rabenn
                                      Vincenza Rabenn, Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  _8/18/16_____

                                      /s/ Lawrence J. O'Neill
                                      Hon. Lawrence J. O'Neill
                                      U.S. DISTRICT COURT JUDGE