PHILLIP A. TALBERT
Acting United States Attorney
VINCENZA RABENN
KEVIN P. ROONEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00251-LJO-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| EMMANUEL CASTREJON-CARDENAS, APOLINAR DUARTE, | |
| Defendants. | |

WHEREAS, on May 18, 2016, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Emmanuel Castrejon-Cardenas and Apolinar Duarte in the following property:

    a.  Marlin .22 caliber rifle, serial number 0112898, and

    b.  Any ammunition seized in this case.

AND WHEREAS, beginning on June 2, 2016, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the

subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Emmanuel Castrejon-Cardenas and Apolinar Duarte.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **November 1, 2016**            /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE

FINAL ORDER OF FORFEITURE

2